**Order entered October 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00913-CR

**EDWON KUMONT JULIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-45796-V**

## ORDER

The reporter's record has been filed in this appeal, but the clerk's record has not been filed. Appellant's notice of appeal reflects that the trial court appointed counsel to represent appellant.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to file the clerk's record within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE